**Order filed March 12, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-01019-CV
_____

**NEWELL M. EVANS, Appellant**

**V.**

**THEODORE P. FULLER, Appellee**

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-187877**

## ORDER

This is an appeal from a judgment signed December 22, 2014. Appellant did not file a timely post-judgment motion extending appellate timetables. The notice of appeal was due January 21, 2015. *See* Tex. R. App. P. 26.1. Appellant, however, filed his notice of appeal on January 29, 2015, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to

extend time to file the notice of appeal. While an extension may be implied, appellant is obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant to file a proper motion to extend time to file the notice of appeal on or before **12 days** after the date of this order. *See* Tex. R. App. P. 26.3; 12.5(b). If appellant does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM